# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-15-01028-001-PHX-JJT |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Sharilyn Rae Martinez, | |
| Defendant. | |

On March 11, 2016, Defendant appeared before the Court on a Petition for Action on Conditions of Pretrial Release and submitted the issue to the Court. The Court considered the information provided to the Court in determining whether the Defendant should be released on conditions set by the Court.

The Court finds by clear and convincing evidence that the Defendant violated her conditions of release and based on the factors set forth in 18 U.S.C. § 3142(g), there are no conditions or combination of conditions that will assure that the Defendant will not flee or pose a danger to the safety of any other person or the community. The Defendant is unlikely to abide by any condition or combination of conditions of release.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 11th day of March, 2016.

Honorable Eileen S. Willett
United States Magistrate Judge